Prob12D
D/NV Form
Rev. Mar. 2007

# United States District Court

## for

## the District of Nevada

## REQUEST FOR WITHDRAWAL OF PETITION FOR SUMMONS AND REVOCATION HEARING BE VACATED

Name of Offender:  __PARIS GRANT__

Case Number:  __2:09-cr-170-RCJ-LRL__

Name of Sentencing Judicial Officer:  __Honorable Robert Clive Jones__

Date of Original Sentence:  __October 26, 2009__

Original Offense:  __Felon in Possession of a Firearm__

Original Sentence:  __27 months custody; 3 years supervised release__

Date Supervision Commenced:  __October 11, 2011__

## PETITIONING THE COURT

The probation office wishes to withdraw the petition dated March 8, 2012, and requests that revocation hearing scheduled for September 7, 2012, be vacated.

## CAUSE

On March 8, 2012, our office requested a summons be issued due to Mr. Grant being arrested by officers of the Las Vegas Metropolitan Police Department for Possession of a Controlled Substance/Marijuana Less than 10 oz. The District Attorney's office has dropped all charges against Mr. Grant and the case has been dismissed. Mr. Grant has not had any positive drug tests for any controlled substances, has been attending college at the University of Phoenix, and has been compliant with all of his conditions of supervision, thus far.

Due to the above charges being dismissed, the probation office recommends that the revocation hearing scheduled for September 7, 2012 be vacated and our petition be withdrawn.

Prob12D
D/NV Form
Rev. Mar. 2007

**RE: PARIS GRANT**

I declare under penalty of perjury that the information contained herein is true and correct.

Executed on _____ September 5, 2012 _____ .

*Rebecca L. Capstick*
REBECCA L. CAPSTICK
United States Probation Officer


APPROVED:/s/ mps

## THE COURT ORDERS:

_____ No action

__✓__ Withdrawal of Petition and Hearing Vacated

_____ Other

_____
Signature of Judicial Officer

9-18-12
Date